# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1132

_____

Elmer P. Scheckel; Joseph E. Scheckel;    *
Mark T. Scheckel,                          *
                                           *
              Appellants,                  *
                                           *    Appeal from the United States
     v.                                    *    District Court for the
                                           *    Northern District of Iowa.
United States of America; Internal         *
Revenue Service,                           *    [UNPUBLISHED]
                                           *
              Appellees.                   *

_____

Submitted: August 3, 2006
Filed: August 8, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Elmer, Joseph, and Mark Scheckel appeal the district court's[1] dismissal of their civil rights lawsuit for failure to state a claim. Having conducted de novo review, see Atkinson v. Bohn, 91 F.3d 1127, 1128-29 (8th Cir. 1996) (per curiam), we affirm for the reasons explained by the district court, see 8th Cir. R. 47B. We also deny appellants' pending motion.

_____

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.